# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Callaway, Joseph N. | **2. Court or Organization**<br><br>United States. Bankruptcy Court, Eastern District of NC | **3. Date of Report**<br><br>03/25/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>150 Reade Circle<br>Greenville, NC 27858 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | JKP, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/01/2016 | Battle Winslow Scott & Wiley PA -- Note for buy out of interest in former law firm (receiving monthly payments on note ) |
| 2. | 1/01/2016 | Blackacre of Rocky Mount, LLC -- Note for buy out of interest in former law firm office building (paid in full in December 2018) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 03/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 12/31/2018 | Battle Winslow Scott & Wiley PA -- total for 12 monthly note buyout payments received in 2018. | $5,321.76 |
| 2. 12/13/2018 | Blackacre of Rocky Mount, LLC --Note 2 -- eleven monthly payments plus final buyout payment received in December 2018. Note is now paid in full. | $35,508.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2019 NC Turn Around Managment Association annual meeting | 12/3/2018 | Charlotte, NC | Speaker at bankruptcy lawyer and professional managers group annual seminar | one night hotel room, vehicle mileage to and from Charlotte, NC at IRS rate |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 03/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Certification | National Bankruptcy Law Specialization Board (fees waived for all qualifying judges) | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Providence Bank Checking Account | C | Interest | N | T | | | | | |
| 2. E-Trade Dividend Account | A | Interest | J | T | | | | | |
| 3. Providence Bank Checking Account for JKP (87.5%) | A | Interest | J | T | | | | | |
| 4. State Employees Credit Union bank acct | A | Interest | | | Closed | 04/30/18 | J | A | |
| 5. Stock -- RBC Bank (RY) | E | Dividend | O | T | | | | | |
| 6. Stock - General Electric | A | Dividend | | | Sold | 03/30/18 | K | B | |
| 7. Stock -- Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 8. ETrade Rollover IRA as listed below: | | | | | | | | | |
| 9. Stock -- Federal Express (FDX) (held in IRA) | B | Dividend | L | T | Buy | 02/09/18 | K | | |
| 10. | | | | | Buy (add'l) | 06/25/18 | K | | |
| 11. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 12. PARMX | D | Dividend | M | T | | | | | |
| 13. DLSNX | B | Dividend | M | T | Buy (add'l) | 10/11/18 | J | | |
| 14. VTI | E | Dividend | N | T | Buy (add'l) | 02/08/18 | K | | |
| 15. | | | | | Buy (add'l) | 06/25/18 | L | | |
| 16. VUG | E | Dividend | N | T | Buy (add'l) | 02/09/18 | K | | |
| 17. | | | | | Buy (add'l) | 06/25/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRLVX | E | Dividend | M | T | | | | | |
| 19. VOOG | D | Dividend | M | T | Buy (add'l) | 06/25/18 | K | | |
| 20. VOOV | D | Dividend | M | T | Buy (add'l) | 06/25/18 | L | | |
| 21. VONG | D | Dividend | M | T | Buy (add'l) | 06/25/18 | L | | |
| 22. ETrade IRA Money Market Acct--see Note 1 for Lines 9 - 21 explanation. | D | Interest | O | T | | | | | |
| 23. Other IRA's: | | | | | | | | | |
| 24. IRA - Janus Growth & Income Fund (JAGIX) | D | Dividend | K | T | | | | | |
| 25. IRA- Royce Penn Mutual Fund (RYCPX) | B | Dividend | J | T | | | | | |
| 26. ▓▓ 401k converted to IRA (mutual funds) (see NOTE 2 Part VIII): | | | | | | | | | |
| 27. AGTHX | D | Dividend | L | T | | | | | |
| 28. ANCFX | D | Dividend | L | T | | | | | |
| 29. ANWPX | C | Dividend | K | T | | | | | |
| 30. CWGIX | C | Dividend | K | T | | | | | |
| 31. NEWFX | C | Dividend | K | T | | | | | |
| 32. ▓▓ State of NC 401k Retirement Plan -- Prudential mutual funds: | | | | | | | | | |
| 33. NC Large Cap Value | D | Dividend | K | T | | | | | |
| 34. NC Large Cap Index | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NC Large Cap Growth | D | Dividend | K | T | | | | | |
| 36. NC Small/Mid Cap Value | D | Dividend | K | T | | | | | |
| 37. NC Small/Mid Cap Index | D | Dividend | K | T | | | | | |
| 38. NC Small/Mid Cap Growth | C | Dividend | J | T | | | | | |
| 39. NC Global Equity Fund | C | Dividend | J | T | | | | | |
| 40. NC International Fund | C | Dividend | J | T | | | | | |
| 41. NC Internationial Index Fund | C | Dividend | J | T | | | | | |
| 42. NC Stable Value Fund | C | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 -- All purchases reflected in Part VII Lines 9 - 21 for ETrade Rollover IRA account came from transfers from the afiliated ETrade IRA money market account found at Line 22.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph N. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544